UNITED STATES of America,
Plaintiff–Appellee,

v.

Charlton Winston ABRAMS,
Defendant–Appellant.

No. 13–12991
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

May 7, 2014.

Peter J. Sholl, Arthur Lee Bentley, III, Mark E. Bini, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Christopher George Delaughter, Darlene Calzon Barror, Esquire, Tampa, FL, for Defendant–Appellant.

Before HULL, MARCUS and JORDAN, Circuit Judges.

PER CURIAM:

Christopher DeLaughter, appointed counsel for Charlton Abrams in this direct

criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Abrams's convictions and sentences are **AFFIRMED.**